The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                    DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)          ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☐   Judge Previously Assigned

If yes, was this case Vol. ☐ Invol. ☐ Dismissed. No ☐ Yes ☐ If yes, give date _____ & Case No. _____

Is this an international arbitration case?   No ☐   Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

                    TORTS                                                       ACTIONS UNDER STATUTES

**CONTRACT**           **PERSONAL INJURY**        **PERSONAL INJURY/**        **FORFEITURE/PENALTY**   **BANKRUPTCY**            **OTHER STATUTES**
                                                 [ ] 367 HEALTHCARE/
[ ] 110 INSURANCE      [ ] 310 AIRPLANE          PHARMACEUTICAL PERSONAL     [ ] 625 DRUG RELATED     [ ] 422 APPEAL            [ ] 375 FALSE CLAIMS
[ ] 120 MARINE         [ ] 315 AIRPLANE PRODUCT  INJURY/PRODUCT LIABILITY    SEIZURE OF PROPERTY          28 USC 158            [ ] 376 QUI TAM
[ ] 130 MILLER ACT             LIABILITY         [ ] 365 PERSONAL INJURY     21 USC 881               [ ] 423 WITHDRAWAL        [ ] 400 STATE
[ ] 140 NEGOTIABLE     [ ] 320 ASSAULT, LIBEL &          PRODUCT LIABILITY   [ ] 690 OTHER                28 USC 157                    REAPPORTIONMENT
        INSTRUMENT             SLANDER            [ ] 368 ASBESTOS PERSONAL                                                     [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF    [ ] 330 FEDERAL                   INJURY PRODUCT                                                         [ ] 430 BANKS & BANKING
        OVERPAYMENT &          EMPLOYERS'                LIABILITY                                                              [ ] 450 COMMERCE
        ENFORCEMENT            LIABILITY                                     **PROPERTY RIGHTS**                                [ ] 460 DEPORTATION
        OF JUDGMENT    [ ] 340 MARINE            **PERSONAL PROPERTY**                                                          [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT   [ ] 345 MARINE PRODUCT                                [ ] 820 COPYRIGHTS                                         ENCED & CORRUPT
[ ] 152 RECOVERY OF            LIABILITY         [ ] 370 OTHER FRAUD         [ ] 830 PATENT                                             ORGANIZATION ACT
        DEFAULTED      [ ] 350 MOTOR VEHICLE     [ ] 371 TRUTH IN LENDING    [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION           (RICO)
        STUDENT LOANS  [ ] 355 MOTOR VEHICLE                                 [ ] 840 TRADEMARK                                  [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS)        PRODUCT LIABILITY                                                                                [ ] 490 CABLE/SATELLITE TV
[ ] 153 RECOVERY OF    [ ] 360 OTHER PERSONAL    [ ] 380 OTHER PERSONAL      **LABOR**                **SOCIAL SECURITY**
        OVERPAYMENT            INJURY                    PROPERTY DAMAGE                                                        [ ] 850 SECURITIES/
        OF VETERAN'S   [ ] 362 PERSONAL INJURY - [ ] 385 PROPERTY DAMAGE     [ ] 710 FAIR LABOR       [ ] 861 HIA (1395ff)              COMMODITIES/
        BENEFITS               MED MALPRACTICE           PRODUCT LIABILITY           STANDARDS ACT    [ ] 862 BLACK LUNG (923)          EXCHANGE
[ ] 160 STOCKHOLDERS                                                         [ ] 720 LABOR/MGMT       [ ] 863 DIWC/DIWW (405(g))
        SUITS                                                                        RELATIONS       [ ] 864 SSID TITLE XVI
[ ] 190 OTHER                                    **PRISONER PETITIONS**      [ ] 740 RAILWAY LABOR ACT [ ] 865 RSI (405(g))      [ ] 890 OTHER STATUTORY
        CONTRACT                                 [ ] 463 ALIEN DETAINEE      [ ] 751 FAMILY MEDICAL                                     ACTIONS
[ ] 195 CONTRACT                                 [ ] 510 MOTIONS TO          LEAVE ACT (FMLA)         **FEDERAL TAX SUITS**     [ ] 891 AGRICULTURAL ACTS
        PRODUCT                                          VACATE SENTENCE
        LIABILITY      **ACTIONS UNDER STATUTES**        28 USC 2255         [ ] 790 OTHER LABOR      [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196 FRANCHISE                                [ ] 530 HABEAS CORPUS               LITIGATION               Defendant)         [ ] 893 ENVIRONMENTAL
                       **CIVIL RIGHTS**          [ ] 535 DEATH PENALTY       [ ] 791 EMPL RET INC     [ ] 871 IRS-THIRD PARTY            MATTERS
                                                 [ ] 540 MANDAMUS & OTHER            SECURITY ACT (ERISA)   26 USC 7609         [ ] 895 FREEDOM OF
                       [ ] 440 OTHER CIVIL RIGHTS                                                                                       INFORMATION ACT
**REAL PROPERTY**              (Non-Prisoner)                                                                                   [ ] 896 ARBITRATION
                       [ ] 441 VOTING                                        **IMMIGRATION**                                    [ ] 899 ADMINISTRATIVE
[ ] 210 LAND           [ ] 442 EMPLOYMENT        **PRISONER CIVIL RIGHTS**                                                              PROCEDURE ACT/REVIEW OR
        CONDEMNATION   [ ] 443 HOUSING/                                      [ ] 462 NATURALIZATION                                     APPEAL OF AGENCY DECISION
[ ] 220 FORECLOSURE            ACCOMMODATIONS    [ ] 550 CIVIL RIGHTS                APPLICATION
[ ] 230 RENT LEASE &   [ ] 445 AMERICANS WITH    [ ] 555 PRISON CONDITION    [ ] 465 OTHER IMMIGRATION                          [ ] 950 CONSTITUTIONALITY OF
        EJECTMENT              DISABILITIES -    [ ] 560 CIVIL DETAINEE              ACTIONS                                            STATE STATUTES
[ ] 240 TORTS TO LAND          EMPLOYMENT            CONDITIONS OF CONFINEMENT
[ ] 245 TORT PRODUCT   [ ] 446 AMERICANS WITH
        LIABILITY              DISABILITIES -OTHER
[ ] 290 ALL OTHER      [ ] 448 EDUCATION
        REAL PROPERTY

Check if demanded in complaint:

☐ CHECK IF THIS IS A **CLASS ACTION**            DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
  UNDER F.R.C.P. 23                              AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                                 IF SO, STATE:

DEMAND $_____ OTHER _____                    JUDGE _____ DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☐ NO                          NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
  ☐ a. all parties represented
  ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:




**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN

DATE _____   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT #   Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)